# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TERRY JERMAINE OWENS,

      Appellant,

 v.

                                     Case No.  5D21-3155
                                     LT Case No. 2020-CF-316-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 13, 2023

Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Kepler B. Funk, Keith F. Szachacz,
and Alan S. Diamond, of Funk,
Szachacz & Diamond, LLC,
Melbourne, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Alyssa Marie
Williams, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, EDWARDS and EISNAUGLE, JJ., concur.